UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID B. HARRINGTON,

       Plaintiff,            Case No. 2:11-CV-1455 FCD KJN

   v.                             **O R D E R**

GLOBAL ACCEPTANCE CREDIT COMPANY, LP.,

       Defendant.
_____/

    Each of the parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate Judge". See 28 U.S.C. §636(a)(5) and (c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Kendall J. Newman. The parties shall

please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. 2:11-cv-1455 KJN. All currently scheduled dates presently set before Judge Damrell are hereby **VACATED**.

DATED: June 21, 2011

/s/ Frank C. Damrell, Jr.
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

   Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: June 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE