IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HARRINGTON,

    Plaintiff,                                     No. 2:11-cv-01455 KJN

    v.

GLOBAL ACCEPTANCE CREDIT COMPANY, LP,

    Defendant.                                  <u>ORDER</u>

/

        On September 15, 2011, plaintiff filed a Notice of Settlement in this case, requesting 60 days to file dispositive documentation that will consist of a voluntary dismissal (Dkt. No. 12). In light of the Notice of Settlement, IT IS HEREBY ORDERED that:

        1.    The parties shall file dispositive papers with this court no later than 60 days from the date of this order.

        2.    All previously scheduled dates and deadlines in this case, including the status (pretrial scheduling) conference presently set for September 29, 2011, are vacated.

        IT IS SO ORDERED.

DATED: September 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE