IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HARRINGTON,

      Plaintiff,                               No. 2:11-cv-01455 KJN

    v.

GLOBAL ACCEPTANCE
CREDIT COMPANY, LP,

      Defendant.                             ORDER
_____/

        On September 26, 2011, the parties filed a "Joint Motion to Dismiss With Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 14.) Although the parties' stipulation of dismissal was effective upon filing and without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[1] for the sake of clarity IT IS HEREBY ORDERED that:

        1.    Pursuant to the parties' stipulation of dismissal (Dkt. No. 14), which is signed by all of the parties, this case is dismissed with prejudice.

        2.    The parties shall bear their own respective costs and expenses.

---

[1] See also Eitel v. McCool, 782 F.2d 1470, 1473 n.4 (9th Cir. 1986); cf. United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145-46 (9th Cir. 2008) (addressing the self-executing nature of dismissals under Rule 41(a)(1)(A)(i)).

1

1        3.    The Clerk of Court is directed to close this case.

2        IT IS SO ORDERED.

3  DATED: September 28, 2011

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE